UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION
CASE NO.

UNITED STATES OF AMERICA,   00-6175

   Plaintiff,

v.

LORENA A. PEELER,

   Defendant.
_____/

CIVIL COMPLAINT COVER SHEET

1. Did this case originate from a matter pending in the Central
Region of the United States Attorney's Office prior to April 1, 1999? ___Yes ✓No

                                        Respectfully submitted,

                                        THOMAS E. SCOTT
                                        UNITED STATES ATTORNEY

                                        BY: MARY F. DOOLEY
                                        ASSISTANT U.S. ATTORNEY
                                        99 N.E. 4TH STREET, Suite 300
                                        Miami, FL 33132
                                        Tel No. (305) 961-9377
                                        Fax No. (305) 530-7195
                                        Bar No. A5500282

DATED  1/31/00