*AO 88 (Rev. 11/91) Summons in a Civil Action*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

### SUMMONS IN A CIVIL ACTION

United States of America

v.

LORENA A. PEELER

Case Number: 00-6175 CIV-ZLOCH MAGISTRATE JUDGE SELTZER

**TO:** *(Name and Address of Defendant)*

> LORENA A. PEELER
> 2651 GRANT ST
> HOLLYWOOD, FL 33020

**YOU ARE HEREBY SUMMONED** to and required to serve upon plaintiff's attorney

> Mary F. Dooley
> Assistant United States Attorney
> 99 NE 4TH STREET
> 3RD FLOOR
> MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file an answer with the Clerk of the Court within a reasonable period of time after service.

CLARENCE MADDOX
CLERK OF THE COURT

_____ 2/2/00 _____ DATE
BY DEPUTY CLERK

760138.

# RETURN OF SERVICE

Case No: 00-6175

| TO BE SERVED | COURT |
|---|---|
| LORENA A. PEELER<br>2651 GRANT STREET HOLLYWOOD, FL 33020 | IN THE IN THE UNITED STATES DISTRICT COURT, IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA, IN AND FOR DADE COUNTY, FLORIDA |

| STYLE | WRIT |
|---|---|
| UNITED STATES OF AMERICA<br>VS.<br>LORENA A. PEELER | SUMMONS IN A CIVIL ACTION |

| SERVED FOR | INFORMATION |
|---|---|
| MARY F. DOOLEY, AUSA | Court Date:           Court Time:<br>Witness Fee:   $ 0.00<br>Document Type: ORIGINAL<br>Atty File # |

I received this process 03/16/00 at 5:35 PM and it was served 03/30/00 at 7:20 PM in BROWARD COUNTY, FLORIDA.

       LORENA A. PEELER
       2939 SW 53 STREET
       FT. LAUDERDALE, FL

**INDIVIDUAL SERVICE: (FS 48.031)**
By delivering to the within named person a copy of SUMMONS IN A CIVIL ACTION the date and hour of service endorsed by me, and at the same time delivering to the within named person a copy of the complaint, petition or initial pleading as furnished by the plaintiff or petitioner.

**OTHER RETURNS:**

2939 SW 53 STREET
FT. LAUDERDALE, FL

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server/Sheriff Appointed in the curcuit in which this defendant was served and have no interest in the above action persuant to F.S. 92.525(2).

I hereby sertify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410(C) Florida R.C.P., and Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C., and section 520 Et. Seq.

PROCESS SERVER: VICTOR F. RACEK (25)
CAPLAN, CAPLAN AND KAYE (305) 374-3429
CPS Number: 00760138-001

The foregoing instrument was acknowledged before me this 30 day of March, 2000 BY VICTOR F. RACEK, who is personally known to me, or who was produced a D/L as identification and who DID take an oath.

NOTARY PUBLIC OR PUBLIC OFFICER
AND TITLE OR RANK / CCN

BRENDA TAYLOR
My Commission # CC 815829
Expires: March 8, 2003
Notary Service & Bonding Co