UNITED STATES DISTRICT COURT
Southern District of Florida
299 East Broward Boulevard
Fort Lauderdale, Florida 33301

CASE NO: 00-6175-CV-ZLOCH

STYLE: USA v. Pooler

DATE: 5/23/00

The Chambers of the Honorable William J. Zloch has received the attached document. After review, it has been determined that this document requires the following action by the Clerk's Office:

___ Docket this document as a motion for _____

___ Docket this document as a response to the following motion: _____

___ Docket this document as an answer _____

_x_ Docket this document as Stipulation for Final Judgment By Consent

___ Docket this as an information matter only and file on the left side of the file.

___ Other: _____

Signed: _____

Name: _____

Title: _____ Clerk

6

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No.: 00-6175-CIV-ZLOCH

MAY 2 3 2000

UNITED STATES OF AMERICA,

        Plaintiff

vs.

LORENA A. PEELER,
        Defendant.
_____/

## STIPULATION FOR
## FINAL JUDGMENT BY CONSENT

Plaintiff, the United States of America, having filed its Complaint herein, and the defendant, having consented to the making and entry of this Final Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

2. The defendant hereby acknowledges and accepts service of the complaint filed herein.

3. The defendant hereby agrees to the entry of a consent judgment in the sum of $4793.67 (principal of $2803.90, administrative cost of $.00 and interest in the amount of $1989.77) through **May 1, 2000** plus interest at 8.000 percent per annum from **May 1, 2000**, through the date of judgment and interest at the legal rate thereafter until paid in full.

4. This judgment shall be recorded among the records of the Circuit Court in the County of residence of the defendant, and all other jurisdictions where it is determined by the plaintiff that the defendant owns real or personal property.

5. The defendant shall keep the United States currently informed in writing of any material change in his or her financial situation or ability to pay, and of any change in his or her employment,

place of residence or telephone number. Defendant shall provide such information to the United States Attorney, Financial Litigation Unit, 99 N.E. 4th Street, Suite 300, Miami, FL 33132.

6. The defendant shall provide the United States with current, accurate evidence of his or her assets, income and expenditures (including, but not limited to his or her Federal Income Tax returns) within fifteen (15) days of a request for such evidence by the United States Attorney.

Respectfully submitted.

Date: May 11, 2000

Thomas E. Scott
United States Attorney

Mary F. Dooley
Assistant U.S. Attorney
99 Ne 4th Street
3rd Floor
Miami, 33132-2111

Date: _____

Lorena A. Peeler
2939 SW 53RD ST

Lorena A. Peeler
2939 SW 53RD ST
FT. Lauderdale, FL 33312
Defendant Phone: 954-986-6667