UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CIV-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LORENA F. PEELER,

    Defendant.
_____/

**CONSENT FINAL JUDGMENT**

THIS MATTER is before the Court upon the Stipulation For Final Judgment By Consent, bearing file stamp of the Clerk of this Court dated May 23, 2000, filed herein by the parties. The Court having carefully considered said Stipulation and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The aforementioned Stipulation For Final Judgment By Consent filed herein by the parties be and the same is hereby approved, adopted and ratified by the Court;

2. The Plaintiff, United States of America, does have and recover from the Defendant, Lorena F. Peeler, the sum of $2,803.90 as principal, plus $1,989.77 as accrued interest through May 1, 2000, together with interest from May 2, 2000, through and including the date of this judgment at the rate of 8.000% percent per annum, together with interest thereon at the rate of 6.197% from the date of this Consent Final Judgment, for all of which let execution issue;

3. This judgment shall be recorded among the records of the Circuit Court in the County of residence of the Defendant, and all



other jurisdictions where it is determined by the Plaintiff that the Defendant owns real or personal property;

4. The Defendant shall keep the United States currently informed in writing of any material change in her financial situation or ability to pay, and of any change in her employment, place of residence or telephone number. Defendant shall provide such information to the United States Attorney, Financial Litigation Unit, 99 N.E. 4th Street, Suite 300, Miami, FL 33132;

5. The Defendant shall provide the United States with current, accurate evidence of her assets, income and expenditures (including, but not limited to her Federal Income Tax returns) within fifteen (15) days of a request for such evidence by the United States Attorney; and

6. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**ADJUDGED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of May, 2000.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Mary F. Dooley, AUSA
For Plaintiff

Lorena F. Peeler
2939 S.W. 53rd Street
Fort Lauderdale, FL 33312
Defendant

2