UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6175-CIV-ZLOCH

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LORENA A. PEELER,

        Defendant.
_____/

## SATISFACTION OF JUDGMENT AND RELEASE OF LIEN

The judgment entered in favor of the United States of America, in the above-entitled case having been compromised by the Department of Education, the Clerk of the United States District Court for the Southern District of Florida is authorized and empowered to satisfy and cancel said judgment of record. Said judgment was duly recorded on May 26, 2000, in the Public Records of Broward, Florida in Official Records Book 33296, Page 107.



SATISFACTION OF JUDGMENT AND RELEASE OF LIEN
U.S. v. Lorena A. Peeler
CASE NO.   00-6175-CIV-ZLOCH

Witness my hand and seal this
1st day of April, A.D. 2004

Signed, Sealed and Delivered in
Presence of:

_____
Brenda Glasford

_____
Magda del Valle

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
Karin D. Wherry
Assistant United States Attorney
99 N.E. 4th Street, Room 300
Miami, FL 33132
Tel No.(305) 961-9016
Fax No.(305) 530-7195

STATE OF FLORIDA,
COUNTY OF DADE,

   I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid, to take acknowledgments, personally appeared Karin D. Wherry, Assistant U.S. Attorney to me known to be the person described in and who executed the foregoing instrument and she acknowledged before me that she executed the same.

   WITNESS my hand and official seal in the County and State last aforesaid this 1 day of April, A.D. 2004.

_____
Colleen A. Perez
NOTARY PUBLIC, State of Florida

Colleen A. Perez
MY COMMISSION # DD147874 EXPIRES
September 30, 2006
BONDED THRU TROY FAIN INSURANCE, INC.

[X]  PERSONALLY KNOWN TO ME and
[X]  DID NOT take an oath